# Court of Appeals
# of the State of Georgia

ATLANTA,  November 10, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0546.  ANTONIO ROBINSON v. CLERK OF SUPERIOR COURT et al.**

The Supreme Court dismissed Antonio Robinson's appeal of the trial court's order denying the filing of his mandamus petition.  Due to a clerical error, the appeal was then transferred to and docketed in this Court.  Accordingly, this appeal is hereby REMOVED from our docket and TRANSFERRED to the Supreme Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  11/10/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*